1  BERSCHLER ASSOCIATES, PC
   Arnold I. Berschler (State Bar #56557)
2  22 Battery Street, Suite 810
   San Francisco, CA  94111
3  Telephone (415) 398-1414
   Arnold@berschler.com
4  Attorneys for plaintiff
   HEATHER KNIGHT
   and
5  EMARD DANOFF PORT
   TAMULSKI & PAETZOLD LLP
6  Raymond M. Paetzold (State Bar #77678)
   49 Stevenson Street, Suite 400
7  San Francisco, CA  94105
   rpaetzold@edptlaw.com
8  Telephone (415) 227-9455
   Attorneys for defendant
9  CHRISTOPHER LONGAKER

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    OAKLAND DIVISION

14

15 HEATHER K. KNIGHT,            Case No.:  C 05-03481 SBA

16        Plaintiff,              **STIPULATION REGARDING
                                   DISMISSAL AND ORDER THEREFOR**
17    vs.

18 CHRISTOPHER LONGAKER,

19        Defendants.

20 1.  The parties hereby stipulate that they have settled the case and hereby seek to have this matter

21 dismissed with prejudice, each party to bear his or her own attorneys fees and costs.

22

23                                 SO STIPULATED,

24                                 BERSCHLER ASSOCIATES, PC.

25

26 DATED:  July 9, 2007           _____/s/_____
                                   ARNOLD I. BERSCHLER,
27                                 Attorney for plaintiff, HEATHER K. KNIGHT

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -

STIPULATION REGARDING DISMISSAL AND PROPOSED ORDER THEREFOR

C-05-3481

SO STIPULATED,

EMARD, DANOFF, PORT,
TAMULSKI & PAETZOLD. LLP

DATED: July 9, 2007      _____/s/_____
RAYMOND PAETZOLD
Attorney for defendant,
CHRISTOPHER LONGAKER

## ORDER ON STIPULATION

The Court, having considered the foregoing stipulation, and Good Cause and the interests of justice otherwise appearing,

IT IS HEREBY ORDERED that:  This matter shall be dismissed with prejudice, each party to bear its own attorneys fees and costs.

SO ORDERED

DATED: 8/17/07      _____/s/ Saundra B. Armstrong_____
SAUNDRA B. ARMSTRONG,
Judge of the United States District Court

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -
STIPULATION REGARDING DISMISSAL AND PROPOSED ORDER THEREFOR
C-05-3481